# ELECTRONIC RECORD

COA # 14-14-00350-CR

OFFENSE: Poss of a Controlled Substance

STYLE: Dawn Patrice Moore v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed as Reformed

TRIAL COURT: 263rd District Court

DATE: July 9, 2015   Publish: No

TC CASE #:1294531

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Dawn Patrice Moore v The State of Texas

CCA # _____

___APPELLANT'S___   Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 10/07/2015

JUDGE: _____

CCA Disposition: __919-15__

DATE: _____

JUDGE: _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

ELECTRONIC RECORD